IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO CASSO, JR., ) | |
| Petitioner, ) | No. C 06-7667 CRB (PR) |
| vs. ) | ORDER OF DISMISSAL |
| PEOPLE OF THE STATE OF ) CALIFORNIA, ) | |
| Respondent(s). ) | |

      Petitioner, a prisoner at the Alameda County jail, Santa Rita Facility, has filed a pro se petition for a writ of habeas corpus challenging the adequacy of medical care he is receiving at the jail.

      The petition for a writ of habeas corpus is DISMISSED without prejudice to filing a civil rights complaint under 42 U.S.C. § 1983. Although the Supreme Court has not addressed whether a challenge to a condition of confinement may be brought under habeas, see Bell v. Wolfish, 441 U.S. 520, 526 n.6 (1979), the Ninth Circuit has held that habeas jurisdiction is absent, and a § 1983 action proper, where, as here, a successful challenge to a prison condition will not necessarily shorten the prisoner's sentence. Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir. 2003). In addition, the preferred practice in the Ninth Circuit has

been that challenges to conditions of confinement be brought in a civil rights complaint.  See Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action is proper method of challenging conditions of confinement); Crawford v. Bell, 599 F.2d 890, 891-92 & n.1 (9th Cir. 1979) (affirming dismissal of habeas petition on basis that challenges to terms and conditions of confinement must be brought in civil rights complaint).

    The clerk shall enter judgment in accordance with this order, terminate all pending motions as moot, and close the file.  No fee is due.

SO ORDERED.

DATED: December 18, 2006

CHARLES R. BREYER
United States District Judge